UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 22-16-REW

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

V.                **ORDER FOR ISSUANCE OF ARREST WARRANTS**

**AARON TYLER WELCH** and
**SAMANTHA NICHOLE DANIELS,**
    aka **SAMANTHA WEBB**                                                        **DEFENDANTS**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of arrest warrants is GRANTED, and arrest warrants are ISSUED for defendants **AARON TYLER WELCH** and **SAMANTHA NICHOLE DANIELS.**

On this 22 day of September 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
           United States Probation
           Andrew H. Trimble, Assistant United States Attorney