# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

### PIKEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | Criminal No. 7:22:cr:016-002-REW |
| SAMANTHA NICOLE DANIELS | DEFENDANT |

## RESPONSE TO MOTION TO CONTINUE

The undersigned counsel has discussed the Motion to Continue filed by Defendant Welch and states that Mrs. Daniels does not have any objection to the continuance as evidenced by the attached Waiver of Speedy Trial.

WHEREFORE, we would respectfully state the same.

Very truly yours,

JOY LAW OFFICE
2701 Louisa Street
P.O. Box 411
Catlettsburg, KY 41129
Telephone: (606) 739-4569
Facsimile: (606) 739-0338
Cell: (859) 488-1214


   s/ Sebastian M. Joy
Hon. Sebastian M. Joy
Counsel for Defendant
Kentucky Bar # 92583
West Virginia Bar # 10945
E-mail: sjoy@joylawoffice.com
Admitted in Kentucky & West Virginia

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY**

**PIKEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

vs.                                      **Criminal No. 7:22:cr:016-002-REW**

**SAMANTHA DANIELS**                                             **DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **RESPONSE TO MOTION TO CONTINUE** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

**VIA CM/ECF:**      Office of United States Attorney
                        Eastern District of Kentucky
                        Pikeville, Kentucky

**DATE:**             November 17, 2022

                                            Very truly yours,

                                            JOY LAW OFFICE
                                            2701 Louisa Street
                                            P.O. Box 411
                                            Catlettsburg, KY 41129
                                            Telephone: (606) 739-4569
                                            Facsimile: (606) 739-0338
                                            Cell: (859) 488-1214

                                            _s/ Sebastian M. Joy_
                                            Hon. Sebastian M. Joy
                                            Counsel for Defendant
                                            Kentucky Bar # 92583
                                            West Virginia Bar # 10945
                                            E-mail: sjoy@joylawoffice.com
                                            Admitted in Kentucky & West Virginia