IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

PIKEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                          Criminal No. 7:22:cr:016-002-REW

SAMANTHA NICOLE DANIELS                                     DEFENDANT

### WAIVER OF SPEEDY TRIAL

The Defendant, after being fully advised of her right to a speedy trial, hereby waives his right to a speedy trial. Defendant acknowledges that a delay is necessary in order for the Defendant to have adequate time to prepare for a trial in this matter.

This, the 14 day of November, 2022.

_____
SAMANTHA DANIELS

_____
Sebastian M. Joy, Counsel for Defendant