UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. **7:22-CR-16-REW-HAI**

UNITED STATES OF AMERICA                                                                                        PLAINTIFF

V.                       **RESPONSE TO DEFENDANT'S MOTION
                           TO CONTINUE JURY TRIAL**

AARON TYLER WELCH                                                                                             DEFENDANT

\* \* \* \* \*

The United States does not object to the Defendant Aaron Tyler Welch's Motion to Continue Jury Trial. [R. 26]. The United States adds to the motion that "the ends of justice served" by the a brief additional period of time to pursue plea negotiations, which may result in the negotiated resolution of this case without the necessity of trial, "outweigh[s] the best interest of the public and the defendant in a speedy trial" in this case. 18 U.S.C. § 3161(h)(7)(a).

                                                                Respectfully submitted,

                                                                CARLTON S. SHIER, IV
                                                                UNITED STATES ATTORNEY

                       By:    /s/ *Andrew H. Trimble*
                                  Andrew H. Trimble
                                  Assistant United States Attorney
                                  601 Meyers Baker Rd.  Suite 200
                                  London, KY  40741
                                  (606) 864-5523
                                  andrew.trimble@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, I electronically filed this document through the ECF system, which will send notice of the filing to all counsel of record.

*/s/ Andrew H. Trimble*
Assistant United States Attorney